**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2021

  **GERARDO TEPOX GUTIERREZ, et al.,**

                                        **Plaintiffs,**          **18-CV-04239 (ER)(SN)**

                    -against-                                **SETTLEMENT CONFERENCE**
                                                                  **ORDER**

**300 WEST 46TH ST. CORP., et al.,**

                                        **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        A settlement conference is scheduled for Tuesday, May 18, 2021, at 10:00 a.m. and will

be held telephonically. The Court will provide dial-in information by email before the

conference.

        The parties are directed to review and comply with the Procedures for Cases Referred for

Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's

website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to

engage in good-faith settlement negotiations before the settlement conference and preferably

before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by Tuesday, May 11, 2021.  Should the parties resolve the

litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:        May 4, 2021
              New York, New York