```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**GERARDO TEPOX GUTIERREZ, et al.,**

                     **Plaintiffs,**       18-CV-04239 (ER)(SN)

       -against-      **ORDER**

**300 WEST 46TH ST. CORP., et al.,**

                     **Defendants.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge**:

       On May 18, 2021, the parties appeared before me for a settlement conference. That day, the parties agreed to the terms of a settlement and were directed to file their settlement agreement for approval pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). Accordingly, the parties are directed to file their settlement agreement for Court approval no later than June 18, 2021. At that time, Plaintiff's counsel should also provide the Court with an update as to Plaintiff Lorenzo Antonio Bravo Bravo.

**SO ORDERED.**

                                           SARAH NETBURN
                                           United States Magistrate Judge

DATED:      June 8, 2021
                New York, New York