# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

michael@faillacelaw.com

August 5, 2021

**Via ECF**
Hon. Sarah Netburn, U.S.M.J.
United States District Courl
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

**Re:**　Gutierrez et al v. 300 West 46th St. Corp. et al
Case No: 1:18-cv-04239-SN

Your Honor:

　　This office represents Plaintiff in the above-referenced matter. We write to request permission to withdraw as attorneys for Plaintiff Lorenzo Antonio Bravo Bravo ("Plaintiff"), pursuant to Local Civil Rule 1.4.

　　This request is necessary because Plaintiff has failed to cooperate with the prosecution of this matter. Specifically, this office has been attempting to secure the Plaintiff's cooperation in the preparation of a default motion to no avail. This office has attempted to reach Plaintiff by phone, by text messages, has reached out to a contact that Plaintiff provided.

　　To date, despite our efforts, Plaintiff has not responded and indicated whether he intends to prosecute this action. Accordingly, we see no choice but to seek to withdraw as counsel for Plaintiff. We will not be asserting a charging or retaining lien. We are serving this application, both in English and Spanish, upon Plaintiff's last known home address and upon the Defendants.

　　If the Court requires any additional information for this application, we will provide it. We thank the court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Khalil Huey
　　　　　　　　　　　　　　　　　　　Khalil Huey Esq.
　　　　　　　　　　　　　　　　　　　MICHAEL FAILLACE & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Page 2

Cc: Via ECF

Andrew Peter Karamouzis
Moran & Karamouzis, L.L.P. (Nassau)
265 Sunrise Highway
Suite 61
Rockville Centre, NY 11570
(516) 678-6660

Gregory Scot Lisi
Forchelli, Deegan & Terrana LLP
333 Earle Ovington Boulevard,Suite 1010
Uniondale, NY 11553
516-248-1700

Michael Andrew Berger
Forchelli, Deegan & Terrana LLP
333 Earle Ovington Boulevard,Suite 1010
Uniondale, NY 11553
516-248-1700