UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GERARDO TEPOX GUTIERREZ, et al.,

                               Plaintiffs,

            -against-

300 WEST 46TH ST. CORP., et al.,

                               Defendants.

-----------------------------------------------------------------X

18-CV-04239 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge**:

      On August 8, 2021, the Court granted Plaintiff's counsel's motion to withdraw as counsel for Plaintiff Lorenzo Antonio Bravo Bravo. ECF No. 53. The Court directed Plaintiff Bravo Bravo to file a letter by August 20, 2021. Id. The Court has received no communication from Plaintiff Bravo Bravo. Accordingly, his claims are dismissed without prejudice.

      Plaintiffs' counsel is directed to mail or email a copy of this Order to Plaintiff Bravo Bravo's last known address(es).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 9, 2021
               New York, New York