```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GERARDO TEPOX GUTIERREZ, et al.,

                              Plaintiffs,                                     18-CV-04239 (SN)

              -against-                                                <u>**ORDER**</u>

300 WEST 46TH ST. CORP., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      For the reasons discussed at today's conference, the parties are directed to file a revised settlement agreement no later than Friday, September 17, 2021. The revised agreement should reflect a modification of the settlement funds' distribution such that Plaintiffs receive two-thirds of the total recovery and Plaintiffs' counsel receives one-third of the total recovery in satisfaction of attorneys' fees and costs. The revised agreement should also be signed by all parties and/or their representatives.

**SO ORDERED.**

                                                                      _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:      September 9, 2021
                 New York, New York