UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GERARDO TEPOX GUTIERREZ, et al.,

                          **Plaintiffs,**

        -against-

300 WEST 46TH ST. CORP., et al.,

                          **Defendants.**

----------------------------------------------------------------X

18-CV-04239 (SN)

**ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 9/20/2021 _

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on September 18, 2021, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 62. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     September 20, 2021
              New York, New York